## J. M. CONNELLY AND WIFE V. R. E. WILLIAMS.

Where a suit is upon a liquidated demand, the court may give judgment, on the withdrawal of an answer.

ERROR from De Witt. Tried below before the Hon. Fielding Jones.

*J. J. Holt*, for defendant in error, suggested delay.

BELL, J. It was competent for the court, upon a withdrawal of the answer by the defendants, to render judgment, the demand being liquidated, without the aid of a jury.

This rule is well settled by the cases of Cartwright v. Roff, 1 Tex. Rep. 78; Burton v. Lawrence, 4 Id. 373, and Wheeler v. Pope, 5 Id. 262. Upon the authority of those cases, the judgment of the court below is affirmed, with damages.

Affirmed with damages.